## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02425-AP

GLORIANNE MERCADO,

      Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Plaintiff.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**    **APPEARANCES OF COUNSEL**

For Plaintiff:

Gordon W. Williams
143 Union Blvd., Suite 270
Lakewood, Colorado 80228
Telephone: 303-988-2841
Fax No. 303-988-0445
Email: gwilliamsefile@jeffcolaw.net

For Defendant:

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

Debra J. Meachum
Special Assistant United States Attorney
10001 17th Street, Sixth Floor
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

   A.  Date Complaint Was Filed: **9/14/11.**
   B.  Date Complaint Was Served on U.S. Attorney's Office: **9/19/11.**
   C.  Date Answer and Administrative Record Were Filed**: 11/17/11.**

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

7.    **OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

8.    **BRIEFING SCHEDULE**

Counsel for the parties respectfully request that briefing commence more than 40 days after filing this plan.  Plaintiff's attorney has a significant number of  Social Security hearings in December and January, his office will be closed for remodeling for one week, and he has holiday travel plans.  In January and February, Defendant's attorney currently has eight briefs due, one oral argument set in Colorado, a deposition set in California, and other pleadings and business matters that arise in the regular course of business.  She will also be out of the country on family travel from February 13-23, 2012.

   A.  Plaintiff's Opening Brief Due**:**    **2/8/12**
   B.  Defendant's Response Brief Due**:**    **3/12/12**
   C.  Plaintiff's Reply Brief (If Any) Due: **3/27/12**

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

   A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.    Defendant's Statement: Defendant does not request oral argument**.**

10.  **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.  **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 8th day of December, 2011.

                    BY THE COURT:


                    <u>***s/John L. Kane***</u>
                    U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Gordon W. Williams**
Gordon W. Williams
143 Union Blvd., Suite 270
Lakewood, Colorado 80228
Telephone: 303-988-2841
Fax No. 303-988-0445
Email: gwilliamsefile@jeffcolaw.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 844-1570
debra.meachum@ssa.gov