IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2425-AP**

**GLORIANNE MERCADO,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

Defendant's Motion to Remand (doc. #18), filed March 13, 2012, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence six of 42 U.S.C. § 405(g).

Dated:  March 14, 2012.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT